```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 38588
   ALBERT N THOMAS
   REGINA A WILLIS                              CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-2382    SSN XXX-XX-9926

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/20/2005 and was confirmed 11/14/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 03/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
CHASE MANHATTAN MTG CORP  CURRENT MORTG        .00             .00            .00
COOK COUNTY TREASURER     SECURED          1906.00             .00            .00
INTERNAL REVENUE SERVICE  SECURED        100800.00             .00       44953.07
ILLINOIS DEPT OF REVENUE  PRIORITY         5762.55             .00            .00
INTERNAL REVENUE SERVICE  PRIORITY        26291.63             .00            .00
ARROW FINANCIAL SERVICES  UNSECURED      NOT FILED             .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED      NOT FILED             .00            .00
RPM INC                   UNSECURED      NOT FILED             .00            .00
RMS                       UNSECURED      NOT FILED             .00            .00
WEST ASSET MANAGEMENT     UNSECURED      NOT FILED             .00            .00
CAPITAL ONE               UNSECURED          428.78            .00            .00
CAPITAL ONE               UNSECURED          332.26            .00            .00
CHASE MANHATTAN MTG CORP  MORTGAGE ARRE      168.36            .00         168.36
INTERNAL REVENUE SERVICE  UNSECURED        38215.13            .00            .00
AMERICAN HOME MORTGAGE    MORTGAGE ARRE        .00             .00            .00
ARROW FINANCIAL SERVICES  UNSECURED         4935.38            .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED        18531.95            .00            .00
KELLEHER & BUCKLEY LLC    DEBTOR ATTY       1,326.00                       1,326.00
TOM VAUGHN                TRUSTEE                                          2,897.49
DEBTOR REFUND             REFUND                                           2,855.08

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              52,200.00

PRIORITY                                         .00
SECURED                                     45,121.43
UNSECURED                                        .00
ADMINISTRATIVE                               1,326.00
TRUSTEE COMPENSATION                         2,897.49

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 38588 ALBERT N THOMAS & REGINA A WILLIS
```

```
DEBTOR REFUND                                                2,855.08
                                         ---------------   ---------------
TOTALS                                         52,200.00         52,200.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                       /s/ Tom Vaughn
Dated: 06/25/08                        _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```